# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Slack,<br><br>       Plaintiff,<br>vs.<br><br>Barry Mason Enterprises, LP, a California Limited Partnership; and Does 1-10,<br><br>       Defendant. | **Case No.: 2:19-cv-06295-PA-SS**<br><br>*Hon. Judge Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: 07/22/2019<br>Trial Date:   Not Calendared |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Michael Slack's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Barry Mason Enterprises LP, a California Limited Liability Company ("Defendant").

Dated: March 26, 2020

*(signed)*
Hon. Judge Percy Anderson
Judge, United States Court
Central District of California

---

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE